# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-280 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAYAREON CROFTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Plaintiff United States of America (the "government") has filed a motion to revoke the June 9, 2022 order of release of defendant, Dayareon Crofton, issued by District of Arizona Magistrate Judge Michelle H. Burns. (Doc. No. 19.) The government has also filed a notice with the District Court of Arizona that it is appealing any release order. This Court has reviewed the District of Arizona docket and cannot locate a release order. The government is directed to file in this case a copy of any order of release issued by the District of Arizona.

Pursuant to 18 U.S.C. § 3145, this Court has jurisdiction, as the court having original jurisdiction over the offenses charged, to consider a request to revoke an order of release. (*See* Doc. No. 11 (Indictment).) To give the Court sufficient opportunity to consider the government's motion and permit the defendant an opportunity to respond, any order of release issued by the District of Arizona magistrate judge is STAYED. Defendant may file a response to the government's motion to revoke by June 17, 2022. The Court will conduct a hearing on the motion, via video, on June 21, 2022 at 11:00 am eastern time.

**IT IS SO ORDERED**.

Dated: June 14, 2022

HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE